# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2011

141810

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

DEPARTMENT OF ENVIRONMENTAL
QUALITY and DIRECTOR OF THE
DEPARTMENT OF ENVIRONMENTAL
QUALITY,
      Plaintiffs-Appellants,

v

TOWNSHIP OF WORTH,
      Defendant-Appellee.

SC: 141810
COA: 289724
Ingham CC: 07-000970-CE

_____/

On order of the Court, the application for leave to appeal the August 17, 2010 judgment of the Court of Appeals is considered, and it is GRANTED, limited to the issue whether the Natural Resources and Environmental Protection Act, MCL 324.101, *et seq.*, empowers the Department of Environmental Quality to seek, and the circuit court to grant, an order effectively requiring a township to install a sanitary sewer system when a widespread failure of private septic systems results in contamination of lake waters.

The Environmental Law Section of the State Bar of Michigan is invited to file a brief amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2011

_____
Clerk

p0316